**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6440**

FRANKIE L. MCCOY, SR.,

　　　　　Plaintiff - Appellant,

　　v.

RICHARD B. ROSENBLATT, Secretary Treatment Service; WALTER
WIRSCHING, Director Inmate Health Care; MIMOSE DAZOULOUTE,
Health Care Manager, Each Defendant sued Individual and
Official Capacity; WILLIAM L. WILLIAMS; JACK J. CHAGWAY;
PRISON HEALTH SERVICE, INCORPORATED; JONESSA MILKEN; JEAN L.
BYASSEE; DERJE TESFAYE; ADEL GASHE; GETACHEN TEFFERRA, MD;
SEDLY YOHANNES, MD; ABRAHAM GEDE MICHAEL; MARY ROLLES;
CYNTHIA SINCLAIN; PEGGY BONOVICH,

　　　　　Defendants – Appellees,

　　and

KEVIN HOY, MD,

　　　　　Defendant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.　William D. Quarles, Jr., District
Judge.　(1:05-cv-00480-WDQ)

Submitted:　December 16, 2008　　Decided:　December 22, 2008

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frankie L. McCoy, Sr., Appellant Pro Se.  Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Thomas Patrick Turgeon, ADELMAN, SHEFF & SMITH, LLC, Annapolis, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frankie L. McCoy, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McCoy v. Rosenblatt, No. 1:05-cv-00480-WDQ (D. Md. Mar. 17, 2008). We deny McCoy's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3